1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California 94102
      Telephone:   (415) 436-7071
8     Facsimile:   (415) 436-7234
      Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

FILED

JAN 2 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11

12                UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,        ) CR No. 09-70014 EDL
                                      )
17 |       Plaintiff,                 ) STIPULATION AND [PROPOSED] ORDER
                                      ) EXCLUDING TIME UNDER FED. R. CRIM.
18 |   v.                             ) P. 5.1 and 18 U.S.C. § 3161
                                      )
19 | MATTHEW ROBINSON,                )
                                      )
20 |       Defendant.                 )
                                      )
21

22
         On January 21, 2009, the parties in this case appeared before the Court for the
23
   defendant's initial appearance. At that time, the parties requested, and the Court agreed, to set
24
   the date for the defendant's preliminary hearing or arraignment at the next appearance. The
25
   parties now request that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the
26
   time limits set forth in FRCP 5.1(c) be extended through February 18, 2009. The parties agree
27
   that, taking into account the public interest in prompt disposition of criminal cases, good cause
28

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70014 EDL                                                                                   1

1  exists for this extension.

2      The defendant also agrees to exclude for this period of time any time limits applicable
3  under 18 U.S.C. § 3161. The parties represented that granting the continuance was the
4  reasonable time necessary for continuity of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The
5  parties also agreed that the ends of justice served by granting such a continuance outweighed the
6  best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
7  SO STIPULATED:

8
                                  JOSEPH P. RUSSONIELLO
9                                    United States Attorney

10

11  DATED: January 23, 2009               /s/
                                  TAREK J. HELOU
12                                   Assistant United States Attorney

13

14  DATED: January 23, 2009               /s/
                                  JUDD C. IVERSEN
15                                   Attorney for MATTHEW ROBINSON

16      For the reasons stated above, the Court finds that the extension of time for the defendant's
17  preliminary hearing or arraignment through February 18, 2009 is warranted and that the ends of
18  justice served by the continuance outweigh the best interests of the public and the defendant in a
19  speedy trial. 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested
20  continuance would deny the defendant effective preparation of counsel, and would result in a
21  miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

22

23  SO ORDERED.

24

25  DATED: Jan 26, 2009                                    
                                THE HONORABLE ELIZABETH D. LAPORTE
26                                 United States Magistrate Judge

27

28