1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:    (415) 436-7071
8      Facsimile:    (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA, | ) | CR No. 09-70014 EDL |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 and 18 U.S.C. § 3161 AND CHANGING ARRAIGNMENT DATE |
| v. | ) ) ) |  |
| MATTHEW ROBINSON, | ) ) |  |
| Defendant. | ) |  |

21

22     On March 20, 2009, the parties requested, and the Court agreed, to set April 12, 2009 as

23 the date for the defendant's preliminary hearing or arraignment.  The parties now request that the

24 Court schedule the defendant's preliminary hearing or arraignment for April 27, 2009 at 9:30

25 a.m.  The parties also request that pursuant to Federal Rule of Criminal Procedure ("FRCP")

26 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through April 27, 2009.  The parties

27 agree that, taking into account the public interest in prompt disposition of criminal cases, good

28 cause exists for this extension.

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70014 EDL                                                                                    1

1  The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the reasonable time necessary for continuity of defense counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

DATED: April 9, 2009                    /s/
                              TAREK J. HELOU
                              Assistant United States Attorney

DATED: April 9, 2009                    /s/
                              JUDD C. IVERSEN
                              Attorney for MATTHEW ROBINSON

For the reasons stated above, the Court schedules the defendant's preliminary hearing or arraignment for April 27, 2009 at 9:30 a.m., and finds that the extension of time for the defendant's preliminary hearing or arraignment through April 27, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:  April 13, 2009                                  
                              THE HONORABLE BERNARD ZIMMERMAN
                              United States Magistrate Judge