JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:  (415) 436-7071
    Facsimile:  (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

FILED

APR 1 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 09-70014 EDL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 and 18 U.S.C. § 3161 AND CHANGING ARRAIGNMENT DATE |
| v. | |
| MATTHEW ROBINSON, | |
| Defendant. | |

On March 20, 2009, the parties requested, and the Court agreed, to set April 13, 2009 as the date for the defendant's preliminary hearing or arraignment. The parties now request that the Court schedule the defendant's preliminary hearing or arraignment for April 27, 2009 at 9:30 a.m. The parties also request that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through April 27, 2009. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

1     The defendant also agrees to exclude for this period of time any time limits applicable
2 under 18 U.S.C. § 3161. The parties represented that granting the continuance was the
3 reasonable time necessary for continuity of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The
4 parties also agreed that the ends of justice served by granting such a continuance outweighed the
5 best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
6 SO STIPULATED:

7
                                       JOSEPH P. RUSSONIELLO
8                                        United States Attorney
9
10 DATED: April 9, 2009                /s/
                                       TAREK J. HELOU
11                                        Assistant United States Attorney
12
13 DATED: April 9, 2009                /s/
                                       JUDD C. IVERSEN
14                                        Attorney for MATTHEW ROBINSON

15     For the reasons stated above, the Court schedules the defendant's preliminary hearing or
16 arraignment for April 27, 2009 at 9:30 a.m., and finds that the extension of time for the
17 defendant's preliminary hearing or arraignment through April 27, 2009 is warranted and that the
18 ends of justice served by the continuance outweigh the best interests of the public and the
19 defendant in a speedy trial. 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the
20 requested continuance would deny the defendant effective preparation of counsel, and would
21 result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).
22
23 SO ORDERED.
24
25 DATED: 13 Apr 09                     [signature]
                                         THE HONORABLE BERNARD ZIMMERMAN,
26                                          United States Magistrate Judge
27
28

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70014 EDL                                                                                2