IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-478 SI, CV 11-4874 |
| Plaintiff, | **ORDER DISMISSING DEFENDANT'S 28 U.S.C. § 2255 MOTION** |
| v. | |
| MATTHEW ROBINSON, | |
| Defendant.                            / | |

On July 23, 2012, the Court issued an Order to Show Cause why petitioner's 28 U.S.C. § 2255 motion attacking his sentence should not be dismissed as untimely. On July 31, 2012, petitioner submitted a letter to the Court informing the Court that he is withdrawing his § 2255 motion. The Court therefore DISMISSES petitioner's § 2255 motion.

**IT IS SO ORDERED.**

Dated: August 21, 2012

SUSAN ILLSTON
United States District Judge