UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>    Plaintiff,<br>  v.<br>ROBINSON,<br>    Defendant. | Case No. 09-cr-00478-SI-1<br><br>**SECOND ORDER ON RESTITUTION**<br>Re: Dkt. No. 72 |

Presently before the Court is *pro se* defendant Matthew Robinson's motion for termination of restitution, based on his changed circumstances. Dkt. No. 72. A prior order of this Court denied defendant's request for termination, ordering that defendant remain jointly and severally liable for the $39,314 payment obligation which defendant stated remained at that time. Dkt. No. 76. However, the Court found that defendant had articulated a change in circumstance to warrant a reduction in his restitution payments; namely, the birth of a child and the assumption of partial financial responsibility of two minor children. *Id.*

The Court ordered defendant to file, under seal or via confidential mail to the Court, evidence of the birth of his youngest child, as well as any additional documentation regarding his claim of additional expenses related to the care of the two minor children. *Id.* Defendant has complied with the Court's request, submitting the birth certificate, as well as information from his probation officer regarding his employment status, salary, and care of the two minor children. Dkt. Nos. 78, 81 (under seal).

The Court's prior order also directed the Attorney General to provide such notice to the victims and to certify same to the Court. Dkt. No. 76 (citing 18 U.S.C.A. § 3664(k)). The Attorney General has complied with the Court's order. Dkt. No. 79, 82.

In light of the documentation provided, the Court hereby ORDERS the reduction of defendant's monthly restitution payments from $100 to $50.  See 18 U.S.C.A. § 3664(k) ("A restitution order shall provide that the defendant shall notify the court and the Attorney General of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution . . . . Upon receipt of the notification, the court may, on its own motion, or the motion of any party, including the victim, adjust the payment schedule, or require immediate payment in full, as the interests of justice require.")  Notice of this order will be provided to U.S. Attorney's Victim/Witness Assistance Program and the U.S. Clerk of Court's Financial Section.

**IT IS SO ORDERED**.

Dated:  July 20, 2016

_____
SUSAN ILLSTON
United States District Judge